THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANICE A. MARKER,<br><br>               Plaintiff,<br>  v.<br><br>ATHENAHEALTH, INC., a Massachusetts corporation doing business in the State of Washington.<br><br>               Defendant. | No. 2:22-cv-00677-TL<br><br>STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE<br><br>CLERK'S ACTION REQUIRED |

## **STIPULATION**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff JANICE A. MARKER and Defendant ATHENAHEALTH, INC., by and through their respective counsel of record, hereby stipulate to the dismissal of the above-captioned action with prejudice and without a separate award of attorney fees and/or costs to any party.

//

//

//

//

//

//

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 1
(Case No. 2:22-cv-00677-TL)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

RESPECTFULLY SUBMITTED this 20th day of October, 2023.

| | |
|---|---|
| JACKSON LEWIS P.C. | BURI FUNSTON MUMFORD & FURLONG, PLLC |
| By: *s/ Michael A. Griffin*<br>Michael Griffin, WSBA #29103<br>Michael.Griffin@jacksonlewis.com<br>Tel.: (206) 626-6416<br>Daniel P. Crowner, WSBA #37136<br>Daniel.Crowner@jacksonlewis.com<br>Tel.: (206) 626-6412<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101<br>Counsel for Defendant | By: *s/ Tom Mumford*<br>Tom Mumford, WSBA #28652<br>1601 F Street<br>Bellingham, WA 98225<br>(360) 752-1500<br>tom@burifunston.com<br>Counsel for Plaintiff |

**IT IS SO ORDERED**

Dated this 20th day of October 2023.

_____
Tana Lin
United States District Judge

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 2
(Case No. 2:22-cv-00677-TL)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404